68564. SYNALLOY CORPORATION v. NEWTON et al.

(332 SE2d 47)

DEEN, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Synalloy Corp. v. Newton*, 254 Ga. 174 (326 SE2d 470) (1985), our decision in *Synalloy Corp. v. Newton*, 171 Ga. App. 194 (319 SE2d 32) (1985) is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. McMurray, P. J., and Sognier, J., concur.*

DECIDED APRIL 12, 1985.

*William C. Reed, Duncan D. Wheale*, for appellant.
*Daniel J. Craig*, for appellees.